

FILED
JAN 0 5 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EARL SAMUEL WALTERS, Defendant. | CR 15-91-BLG-SPW ORDER |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 52), and for good cause appearing;

IT IS HEREBY ORDERED, the forfeiture action in the above-captioned case is **DISMISSED**.

Dated this 5th day of January, 2017.

SUSAN P. WATTERS
United States District Judge

1